MURPHY, Respondent, v. GRAHAM, Appellant.

(Supreme Court, General Term, Third Department.  May 9, 1893.)

Appeal from judgment on report of referee.

Action by Michael Murphy against Hugh Graham, as executor of William Carroll, deceased, for services rendered deceased.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

Thomas O'Connor, for appellant.
Isaiah Fellows, Jr., for respondent.

HERRICK, J.  The questions involved in this case are entirely of fact, and, while there is a conflict of evidence, there is evidence to sustain the findings of the referee, and I can find no sufficient reason to reverse such findings.

The judgment should be affirmed, with costs.

---

STEVENS et al., Respondents, v. CENTRAL NAT. BANK OF BOSTON et al., Appellants.

(Supreme Court, General Term, Third Department.  May 9, 1893.)

Action by Aaron R. Stevens and others against the Central National Bank of Boston and others.  Judgment for plaintiffs.  From an order denying defendants' motion to strike out a provision of the judgment which perpetually enjoins them from proceeding with a sale of the Lebanon Springs Railroad, under a decree of the United States circuit court, they appeal.  Affirmed.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

Campbell & Paige, (E. W. Paige, of counsel,) for appellants.
Hale & Bulkeley, (Matthew Hale, of counsel,) for respondents.

HERRICK, J.  This case has been once before this court, (57 Hun, 499, 11 N. Y. Supp. 268,) upon substantially the same facts.  Upon the new trial, the court, in its decision, followed the judgment and opinion of the general term, and I can see no reason for differing from that decision.

The judgment appealed from should be affirmed, with costs.

PUTNAM, J., not acting.

---

BURGEVIN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant.

(Supreme Court, General Term, Third Department.  May 25, 1893.)

Action by Julius V. Burgevin against the New York Central & Hudson River Railroad Company.

No opinion.  Motion for leave to go to the court of appeals denied, with $10 costs.  See 23 N. Y. Supp. 415.

---

DEXTER, Appellant, v. DUSTIN et al., Respondents.

(Supreme Court, General Term, Third Department.  May 25, 1893.)

Action by Orlando P. Dexter against William Dana Dustin, Leroy M. Wardner, George W. Dustin, and Milton Heath.

No opinion.  Judgment affirmed, without costs to either party.  See 15 N. Y. Supp. 970.